AO 10
Rev. 1/2019

# FINANCIAL DISCLOSURE REPORT
# FOR CALENDAR YEAR 2018

*Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Reeves, Carlton W. | Southern District of Mississippi | 06/12/2020 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| District Judge- - Active | ☐ Nomination Date  ☐ Initial  ☑ Annual  ☐ Final | 01/01/2018 **to** 12/31/2018 |
| | **5b.** ☑ Amended Report | |

**7. Chambers or Office Address**

501 E. Court Street
Suite 5.550
Jackson, MS 39201

> *IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions )*

☑ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions )*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Reeves, Carlton W.** | 06/12/2020 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions )*

### A. Filer's Non-Investment Income

✔ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

✔ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Connecticut College | April 3-4, 2018 | New London, CT | Commemorating 50th Anniversary of Death of Dr. Martin Luther King, Jr. | Travel, Lodging and Meals |
| 2. | Yale Law School | April 17-19, 2018 | New Haven, CT | Moot Court | Travel, Lodging and Meals |
| 3. | Ameican Constitution Society | June 7-9, 2018 | Washington, D.C. | Annual Convention and Panel Discussion (Panelist/Presenter) | Travel, Lodging and Meals |
| 4. | National Foundation for Judicial Excellence | July 20-22, 2018 | Chicago, IL | 2018 Judicial Symposium (Panelist/Presenter) | Travel, Lodging and Meals |
| 5. | Alabama State Bar, Labor & Employment Law Section | October 25-27, 2018 | Destin, FL | 2018 Seminar on Gulf (Panelist/Presenter) | Travel, Lodging and Meals |

| Name of Person Reporting | Date of Report |
|---|---|
| Reeves, Carlton W. | 06/12/2020 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. Tennessee State University | Tuition Agreements | None |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Reeves, Carlton W.** | 06/12/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| | A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 1. | AT&T (T), Common | A | Dividend | J | T | | | | | |
| 2. | AT&T (T), Common | A | Dividend | J | T | Buy<br>(add'l) | 10/31/18 | J | | |
| 3. | Alliance Bernstein Holding Ltd Partnership Unit (AB), Common | A | Distribution | J | T | | | J | | |
| 4. | Alliance Bernstein Holdg Ltd Parnership Unit (AB), Common | A | Distribution | J | T | Buy<br>(add'l) | 10/31/18 | J | | |
| 5. | Alphabet Inc. (GOOGL), Common | | None | J | T | Buy | 10/31/18 | J | | |
| 6. | Amazon (AMZN), Common | | None | J | T | Buy | 10/31/18 | J | | |
| 7. | Ameren Corp (AEE), Common | | None | | | Sold | 1/04/18 | J | | |
| 8. | Ameriprise Finan. Inc. (AMP), Common | A | Dividend | J | T | | | | | |
| 9. | Ameriprise Finan. Inc. (AMP), Common | A | Dividend | J | T | Buy<br>(add'l) | 10/31/18 | J | | |
| 10. | Analog Device Inc. (ADI), Common | A | Dividend | J | T | | | | | |
| 11. | Applied Maaterials (AMAT), Common | A | Dividend | J | T | | | | | |
| 12. | Applied Materials (AMAT), Common | A | Dividend | | | Sold | 06/12/18 | J | A | |
| 13. | Automatic Data Processing Inc. (ADP), Common | A | Dividend | J | T | | | | | |
| 14. | Automatic Data Processing Inc. (ADP), Common | A | Dividend | J | T | Buy<br>(add'l) | 10/31/18 | J | | |
| 15. | Blackstone Group (BX), Common | A | Distribution | J | T | | | | | |
| 16. | Blackstone Group (BX), Common | A | Distribution | J | T | Buy<br>(add'l) | 10/31/18 | J | | |
| 17. | BP PLC (BP), Common | A | Dividend | J | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Reeves, Carlton W.** | 06/12/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 18. BP PLC (BP), Common | A | Dividend | J | T | Buy<br>(add'l) | 10/31/18 | J | | |
| 19. CH Robnson Worldwide (CHRW), Common | A | Dividend | J | T | | | | | |
| 20. CH Robinson Worldwide (CHRW), Common | A | Dividend | J | T | Buy<br>(add'l) | 10/31/18 | J | | |
| 21. Canadian Nat'l (CNI), Common | A | Dividend | | | Sold | 01/16/18 | J | A | |
| 22. Caterpillar (CAT), Common | A | Dividend | J | T | | | | | |
| 23. Caterpillar (CAT), Common | A | Dividend | J | T | Sold<br>(part) | 02/12/18 | J | A | |
| 24. Caterpillar (CAT), Common | A | Dividend | J | T | Buy<br>(add'l) | 10/31/18 | J | | |
| 25. Chevron (CVX), Common | A | Dividend | J | T | | | | | |
| 26. Chevron (CVX), Common | A | Dividend | J | T | Buy<br>(add'l) | 10/31/18 | J | | |
| 27. Cisco Systems (CSCO), Common | A | Dividend | J | T | | | | | |
| 28. Cisco Systems (CSCO), Common | A | Dividend | J | T | Buy<br>(add'l) | 10/31/18 | J | | |
| 29. Crown Castle (CCI), Common | A | Dividend | J | T | | | | | |
| 30. Crown Castle (CCI), Common | A | Dividend | J | T | Buy<br>(add'l) | 10/31/18 | J | | |
| 31. Discover Financial Svcs (DFS), Common | A | Dividend | J | T | | | | | |
| 32. Discover Financial Svs (DFS), Common | A | Dividend | J | T | Buy<br>(add'l) | 10/31/18 | J | | |
| 33. DowDupont (DWDP), Common | A | Dividend | J | T | | | | | |
| 34. Dow Dupont (DWDP), Common | A | Dividend | J | T | Buy<br>(add'l) | 10/31/18 | J | | |

| 1 Income Gain Codes:<br>(See Columns B1 and D4) | A =$1,000 or less<br>F =$50,001 - $100,000 | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000 | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000<br>H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2 Value Codes<br>(See Columns C1 and D3) | J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000<br>O =$500,001 - $1,000,000 | L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000<br>P4 =More than $50,000,000 | M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes<br>(See Column C2) | Q =Appraisal<br>U =Book Value | R =Cost (Real Estate Only)<br>V =Other | S =Assessment<br>W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Reeves, Carlton W. | 06/12/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Dow Dupont (DWDP), Common | A | Dividend | J | T | Buy (add'l) | 11/21/18 | J | | |
| 36. Energizer Hldgs Inc. (ENR), Common | A | Dividend | J | T | | | | | |
| 37. Energizer Hldgs Inc. (ENR), Common | A | Dividend | J | T | Buy (add'l) | 10/31/18 | J | | |
| 38. Exxon Mobil, (XOM), Common | A | Dividend | J | T | | | | | |
| 39. Exson Mobil (XOM), Common | A | Dividend | J | T | Buy (add'l) | 10/31/18 | J | | |
| 40. Facebook, Inc. (FB), Common | A | Dividend | K | T | | | | | |
| 41. Fedex Corp. (FDX), Common | A | Dividend | J | T | | | | | |
| 42. Fedex Corp. (FDX), Common | A | Dividend | J | T | Buy (add'l) | 10/31/18 | J | | |
| 43. First Commerical Bank, Common (See Part VIII) | A | Dividend | K | T | | | | | |
| 44. First Trust (FDL), Common | A | Dividend | J | T | | | | | |
| 45. First Trust (FDL), Common | A | Dividend | J | T | Buy (add'l) | 10/31/18 | J | | |
| 46. Garmin LTD (GRMN), Common | A | Dividend | J | T | | | | | |
| 47. Garmin LTD (GRMN), Common | A | Dividend | J | T | Buy (add'l) | 10/31/18 | J | | |
| 48. Garrett Motion, Inc. (GTX) (see Part VIII) | A | Dividend | J | T | Spinoff (from line 56) | 10/4/18 | J | | |
| 49. Garrett Motion, Inc. (GTX) (see Part VIII) | A | Dividend | J | T | Sold (part) | 10/4/18 | J | | |
| 50. General Motors (GM) | A | Dividend | J | T | Buy | 10/9/18 | J | | |
| 51. General Motors (GM) | A | Dividend | J | T | Buy (add'l) | 10/31/18 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Reeves, Carlton W.** | 06/12/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Gilead Sciences (GILD), Common | A | Dividend | J | T | | | | | |
| 53. Gilead Sciences (GILD), Common | A | Dividend | J | T | Buy (add'l) | 10/31/18 | J | | |
| 54. Harley Davidson (HOG), Common | A | Dividend | J | T | | | | | |
| 55. Harley Davidson (HOG), Common | A | Dividend | J | T | Buy (add'l) | 10/31/18 | J | | |
| 56. Honeywell Int'l (HON), Common | A | Dividend | J | T | | | | | |
| 57. Honeywell Int'l (HON), Common | A | Dividend | J | T | Buy (add'l) | 10/31/18 | J | | |
| 58. Intel Corp. (INTC), Common | A | Dividend | J | T | | | | | |
| 59. INTL Business Machines Corp. (IBM), Common | A | Dividend | J | T | | | | | |
| 60. INTL Business Machines Corp. (IBM), Common | A | Dividend | J | T | Buy (add'l) | 10/31/18 | J | | |
| 61. Invesco S&P 500, High Dividend Low Volatility ETF, fka Powershares S&P | A | Dividend | J | T | Spinoff (from line 95) | 06/04/18 | J | | |
| 62. Invesco S&P 500, High Dividend Low Volatility ETF, fka Powershares S&P | A | Dividend | J | T | Buy (add'l) | 10/31/18 | J | | |
| 63. Iron Mountain (IRM), Common | A | Dividend | J | T | | | | | |
| 64. Iron Mountain (IRM), Common | A | Dividend | J | T | Buy (add'l) | 10/31/18 | J | | |
| 65. JB Hunt Transport (JBHT), Common | A | Dividend | J | T | | | | | |
| 66. JB Hunt Transport (JBHT), Common | A | Dividend | J | T | Buy (add'l) | 10/31/18 | J | | |
| 67. Johnson & Johnson (JNJ), Common | A | Dividend | K | T | | | | | |
| 68. Johnson & Johnson (JNJ), Common | A | Dividend | J | T | Buy (add'l) | 10/31/18 | J | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Reeves, Carlton W.** | 06/12/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. Kellogg Co. (K) | A | Dividend | J | T | Buy | 01/04/18 | J | | |
| 70. Kellog Co. (K) | A | Dividend | J | T | Buy (add'l) | 10/31/18 | J | | |
| 71. Kinder Morgan (KMI), Common | A | Dividend | J | T | | | | | |
| 72. Kraft Heinz Co. (KHC), Common | A | Dividend | J | T | | | | | |
| 73. Kraft Heinz Co. (KHC), Common | A | Dividend | J | T | Buy (add'l) | 10/31/18 | J | | |
| 74. Kroger (KR), Common | A | Dividend | J | T | | | | | |
| 75. Las Vegas Sand Corp. (LVS) | A | Dividend | J | T | Buy | 08/22/18 | J | | |
| 76. Las Vegas Sand Corp (LVS) | A | Dividend | J | T | Buy (add'l) | 09/11/18 | J | | |
| 77. Las Vegas Sansd Corp.(LVS) | A | Dividend | J | T | Buy (add'l) | 10/31/18 | J | | |
| 78. Lockheed Martin (LMT), Common | A | Dividend | J | T | | | | | |
| 79. Lockheed Martin (LMT), Common | A | Dividend | J | T | Buy (add'l) | 10/31/18 | J | | |
| 80. McDonalds Corp. (MCD), Common | A | Dividend | K | T | | | | | |
| 81. Mellanox Technologies Ltd. (MLNX), Common | A | Dividend | J | T | | | | | |
| 82. Merck (MRK), Common | A | Dividend | J | T | | | | | |
| 83. MetLife Inc. (MET), Common | A | Dividend | J | T | | | | | |
| 84. MetLife Inc. (MET), Common | A | Dividend | J | T | Buy (add'l) | 10/31/18 | J | | |
| 85. Microsoft (MSFT), Common | A | Dividend | K | T | | | | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Reeves, Carlton W.** | 06/12/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 86.  Microsoft (MSFT), Common | A | Dividend | J | T | Buy (add'l) | 10/31/18 | J | | |
| 87.  Morgan Stanley (MS), Common | A | Dividend | J | T | | | | | |
| 88.  Morgan Stanley (MS), Common | A | Dividend | J | T | Buy (add'l) | 10/31/18 | J | | |
| 89.  Motorola Solutions Inc. (MSI), Common | A | Dividend | J | T | Buy | 10/31/18 | J | | |
| 90.  Netflix Inc (NFLX), Common | | None | J | T | Buy | 10/31/18 | J | | |
| 91.  Norfolk Southern (NSC), Common | A | Dividend | J | T | | | | | |
| 92.  Norfolk Southern (NSC), Common | A | Distribution | J | T | Buy (add'l) | 10/31/18 | J | | |
| 93.  Pepsico (PEP), Common | A | Dividend | J | T | | | | | |
| 94.  Philip Morris (PM), Common | A | Dividend | | | Sold | 01/16/18 | J | A | |
| 95.  Powershares S&P, ETF (Exhange-Traded Funds), nka Invesco S&P 500 High | | | | | | 06/04/18 | | | |
| 96.  Procter & Gamble (PG), Common | A | Dividend | J | T | | | | | |
| 97.  Procter & Gamble (PG), Common | A | Dividend | J | T | Buy (add'l) | 10/31/18 | J | | |
| 98.  Qualcomm Inc. (QCOM), Common | A | Dividend | J | T | | | | | |
| 99.  Resideo Technologies, Inc. (REZI), Common (see Part VIII) | A | Dividend | J | T | Spinoff (from line 56) | 11/02/18 | J | | |
| 100.  Resideo Technologies, Inc. (REZI), Common (see Part VIII) | | None | J | T | Sold (part) | 11/02/18 | J | | |
| 101.  Rockwell Auto (ROK), Common | A | Dividend | J | T | | | | | |
| 102.  Rockwell Auto (ROK), Common | A | Dividend | J | T | Buy (add'l) | 10/31/18 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes:<br>(See Columns B1 and D4) | A =$1,000 or less<br>F =$50,001 - $100,000 | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000 | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000<br>H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2 Value Codes<br>(See Columns C1 and D3) | J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000<br>O =$500,001 - $1,000,000 | L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000<br>P4 =More than $50,000,000 | M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes<br>(See Column C2) | Q =Appraisal<br>U =Book Value | R =Cost (Real Estate Only)<br>V =Other | S =Assessment<br>W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Reeves, Carlton W.** | 06/12/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (*No reportable income, assets, or transactions.*)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103.  Royal Dutch (RDS/A), Common | A | Dividend | J | T | | | | | |
| 104.  Royal Dutch (RDS/A), Common | A | Dividend | J | T | Buy (add'l) | 10/31/18 | J | | |
| 105.  Sanderson Farms (SAFM), Common | A | Dividend | K | T | | | | | |
| 106.  Sanderson Farms (SAFM), Common | A | Dividend | J | T | Buy (add'l) | 10/31/18 | J | | |
| 107.  Seagate Tech (STX), Common | A | Dividend | | | Sold | 06/07/18 | J | A | |
| 108.  Seagate Tech (STX), Common | A | Dividend | | | Sold | 06/07/18 | J | A | |
| 109.  3M Company (MMM), Common | A | Dividend | K | T | | | | | |
| 110.  3M Company (MMM), Common | A | Dividend | J | T | Buy (add'l) | 10/31/18 | J | | |
| 111.  Target (TGT), Common | A | Dividend | J | T | | | | | |
| 112.  Target (TGT), Common | A | Dividend | J | T | Buy (add'l) | 10/31/18 | J | | |
| 113.  Toronto Dominion Bank (TD), Common | A | Dividend | J | T | | | | | |
| 114.  Toronto Dominion Bank (TD), Common | A | Dividend | J | T | Buy (add'l) | 10/31/18 | J | | |
| 115.  Travelers Com (TRV), Common | A | Dividend | J | T | | | | | |
| 116.  Travelers Com (TRV), Common | A | Dividend | J | T | Buy (add'l) | 10/31/18 | J | | |
| 117.  Trustmark Corp (TRMK), Common | A | Dividend | J | T | | | | | |
| 118.  Union Pacific (UNP), Common | A | Dividend | | | Sold | 3/29/18 | J | A | |
| 119.  United Parcel Serv. (UPS), Common | A | Dividend | J | T | | | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Reeves, Carlton W.** | 06/12/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐    NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period<br>(1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | C<br>Gross value at end<br>of reporting period<br>(1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | D<br>Transactions during reporting period<br>(1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 120. United Parcel Serv. (UPS), Common | A | Dividend | J | T | Buy (add'l) | 10/31/18 | J | | |
| 121. Vantiv Inc. (VNTV), Common, nka Worldpay, Inc. (WP) (see Part VIII) | | None | | | Sold | 4/11/18 | J | A | |
| 122. Victory Shares US (CDC), ETF | A | Dividend | J | T | | | | | |
| 123. Victory Shares US (CDC), ETF | A | Dividend | J | T | Buy (add'l) | 10/31/18 | J | | |
| 124. XL Bermuda Group Ltd (XL), Common | A | Dividend | | | Sold | 01/03/18 | J | A | |
| 125. YUM Brands, Inc. (YUM), Common | A | Dividend | K | T | | | | | |
| 126. YUM China Holdings, Inc (YUMC), Common | A | Dividend | J | T | | | | | |
| 127. Columbia Acorn Themorstat (CTFAX), Mutual Fund | B | Dividend | L | T | | | | | |
| 128. Met Life Ins. Co. PPA Variable Annuity (n/k/a Empire Retirement (H) | | | | | | | | | |
| 129. ------American Funds 2030 Trgt | A | Int./Div. | J | T | | | | | |
| 130. -----Great-West Government Money Market Inst | A | Int./Div. | J | T | | | | | |
| 131. Pruco Life Ins. Co. Prudential Premier RetirementX, Var Ann (H) | | | | | | | | | |
| 132. --------AST Academic Strategies Asset Allocation Portfolio | | None | J | T | | | | | |
| 133. -------AST Black Rock/Loomis Sayles Bond Portfolio | | None | N | T | | | | | |
| 134. --------AST Loomis Sayles Large-Cap Growth Portfolio | | None | J | T | | | | | |
| 135. ------- AST Wellington Mgmt Hedged Equity Port. | | None | J | T | | | | | |
| 136. -------AST QMA US Equity Alpha | | None | J | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Reeves, Carlton W. | 06/12/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. -------AST T. Rowe Price Natural Resources | | None | J | T | | | | | |
| 138. College Savings Plan (H) | | | | | | | | | |
| 139. --Scholars Edge 529 Plan (H) | | | | | | | | | |
| 140. ---------Ages 18 and Over Portfolio / Age Based Portfolio 10A | | None | J | T | | | | | |
| 141. ---------Dreyfus Research Growth Portfolio A | A | Int./Div. | J | T | | | | | |
| 142. ----------International Equity /International Growth Portfolio A | | None | J | T | | | | | |
| 143. ----------Aggressive Portfolio A / Portfolio 100 A | | None | J | T | | | | | |
| 144. ----------Moderately Aggressive Portfolio A/ Portfolio 80 A | | None | J | T | | | | | |
| 145. ---------Value Portfolio A | | None | J | T | | | | | |
| 146. United States Savings Bond | A | Interest | J | T | | | | | |
| 147. Stifel Nicolaus, Money Market Acct | A | Interest | M | T | | | | | |
| 148. First Commercial Bank, Money Market Acct, Cash Account | A | Interest | J | T | | | | | |
| 149. Mass Mutual Life Ins. (Whole Life) (See Part VIII) (Y) | | | | | | | | | |
| 150. Statewide Federal Credit Union, Cash Account | A | Interest | J | T | | | | | |
| 151. BankPlus, Cash Account (X) | A | Interest | J | T | | | | | |
| 152. Liberty Bank, Cash Account (X) | A | Interest | J | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part VII. Investments and Trusts

43. First Commercial Bank appears here to return to alphabetical order. It is at Line 127 on prior report.

48. Spin-Off from Honeywell which is at Line 56

49. Spin-Off from Honeywell which is at Line 56

61. Invesco is formerly known as (fka) Powerhares, which is listed at (Line 95).

62.. Invesco is formerly known as (fka) Powershares, which is listed at (Line 95)

95. Powershares is now known as Invesco which is listed at Lines 61 and 62

99. Resideo Technologies is spin-off of Honeywell listed at Line 56.

100. Resideo Technologies is spin-off of Honeywell listed at Line 56

121. Vantiv (which appears on prior report at 120) acquired Worldpay in 2017 and name was changed to Worldpay in January 2018.

128. As explained in my 2017 Amended Report Met. Life Ins. Co. PPA Variable Annuity ▮▮▮▮▮▮▮▮▮▮▮▮▮▮ retirement account with a former employer. The employer contracted with Empire Retirement in 2017 and all investments in Met Life wer transferred to Empire Retirment. Empire Retirement is a Header and per filing instructions Columns B and C are left, blank and the speicif investments have been identified in Lines 129 and 130.* Because these two lines have been inserted the prior referenced numbers below in the Annual Report are being changed here.

131. Pruco Life Insurance Co. Prudential Premier is a Header and per Filing Instructions Columns B and C are left blank.

139. Scholar's Edge 529 Plan is a Header and per Filing Instructions Columns B and C are left blank.

149.The value of this life insurance was paid out as a death benefit and per instructions is not reportable income.

151. Entry appears because it became reportable asset.

152. Entry appears because it became reportable asset.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Carlton W. Reeves**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544